**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 18-11480-MDC

COLLEEN ZUCCARELLI

3613 NANTON PLACE

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

COLLEEN ZUCCARELLI

3613 NANTON PLACE

PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Date: 9/22/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee