# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

June 14, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

RE: Colleen D. Zuccarelli
SSN: XXX-XX-2274
BANKRUPTCY CASE#: 18-11480-MDC

Dear Clerk:

Please withdraw claim #4 filed by Educational Credit Management Corporation (ECMC) in the amount of $5,917.89 filed on May 4, 2018. This debt has been approved for disability write off.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 5509.

Sincerely,

Debra Wilcoxson
Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408