United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-11480-mdc
Colleen Zuccarelli Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jan 23, 2023     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14126647 | U.S. Bank National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

**Name**     **Email Address**

ANTONIO G. BONANNI
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

ERIK B. JENSEN
    on behalf of Debtor Colleen Zuccarelli erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper cdigianantonio@rascrane.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 23, 2023 | Form ID: trc | Total Noticed: 1

SARAH K. MCCAFFERY
   on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2022-RPL2 Trust ckohn@hoflawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11480-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Colleen Zuccarelli
3613 Nanton Place
Philadelphia PA 19134

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/20/2023.

Name and Address of Alleged Transferor(s):

Claim No. 3: U.S. Bank National Association, et. al., c/ o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/25/23

Tim McGrath
**CLERK OF THE COURT**