Certificate Number: 14912-PAE-DE-037216679

Bankruptcy Case Number: 18-11480



14912-PAE-DE-037216679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2023, at 7:38 o'clock PM EST, Colleen Zuccarelli completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 27, 2023          By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor